**HALPER SADEH LLP**
Zachary Halper, Esq.
186 Darwin Lane
North Brunswick, NJ 08902
Tel: (212) 763-0060
Fax: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CARLA DELANCY, <br><br> Plaintiff, <br><br> v. <br><br> LANDMARK INFRASTRUCTURE PARTNERS LP, ARTHUR P. BRAZY, JR., STEVEN M. SONNENSTEIN, SADIQ MALIK, THOMAS CAREY WHITE III, GERALD TYWONIUK, and KEITH BENSON, <br><br> Defendants. | Case No: 2:21-cv-17971-ES-JSA <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Carla Delancy hereby voluntarily dismisses the above-captioned action.

Defendants have not served an answer or a motion for summary judgment.

Dated:  December 21, 2021

**SO ORDERED.**

The Clerk of Court shall mark this matter **CLOSED**.

_____
**Hon. Esther Salas, U.S.D.J.**
**Date:** December 22, 2021

Respectfully submitted,

**HALPER SADEH LLP**

/s/ Zachary Halper
Zachary Halper, Esq.
186 Darwin Lane
North Brunswick, NJ 08902
Telephone: (212) 763-0060
Facsimile: (646) 776-2600

1